B280 (Form 280) (10/05)

# United States Bankruptcy Court

NORTHERN District Of INDIANA

In re SHANNON GAIL GULLETT
       Debtor

Case No. _____

Chapter   7

### DISCLOSURE OF COMPENSATION OF BANKRUPTCY PETITION PREPARER

*[This form must be filed with the petition if a bankruptcy petition preparer prepares the petition. 11 U.S.C. § 110(h)(2).]*

1. Under 11 U.S.C. § 110(h), I declare under penalty of perjury that I am not an attorney or employee of an attorney, that I prepared or caused to be prepared one or more documents for filing by the above-named debtor(s) in connection with this bankruptcy case, and that compensation paid to me within one year before the filing of the bankruptcy petition, or agreed to be paid to me, for services rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For document preparation services I have agreed to accept.............................. $ 50.00

   Prior to the filing of this statement I have received............................................ $ 0.00

   Balance Due............................................................................................................. $ 50.00

2. I have prepared or caused to be prepared the following documents (itemize): Application for Individuals to Pay Filing Fee, Voluntary Petition, Statement of Social Security Number, Exhibit D-Individual Debtor's Statement of Compliance with Credit Counseling, and Verification of Creditor Matrix
   and provided the following services (itemize):

3. The source of the compensation paid to me was:
   ☐ Debtor        ☐ Other (specify)

4. The source of compensation to be paid to me is:
   ☒ Debtor        ☐ Other (specify)

5. The foregoing is a complete statement of any agreement or arrangement for payment to me for preparation of the petition filed by the debtor(s) in this bankruptcy case.

6. To my knowledge no other person has prepared for compensation a document for filing in connection with this bankruptcy case except as listed below:

NAME
x _Melissa L. Kelly_ (Signature)
Melissa L. Kelly
Printed name and title, if any, of Bankruptcy Petition Preparer
Address: 1309 Iowa St.
         Mishawaka, IN 46544

SOCIAL SECURITY NUMBER
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
Social Security number of bankruptcy petition preparer (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)
(Required by 11 U.S.C. § 110.)

4/18/2014
Date

---

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*